

NUMBER 13-20-00078-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ERIC KYUBIN SHIM,                                                    Appellant,

v.

RAMIRO SALAZAR,                                                      Appellee.

## On appeal from the 361st District Court
## of Brazos County, Texas

# MEMORANDUM OPINION

### Before Justices Benavides, Perkes, and Tijerina
### Memorandum Opinion by Justice Perkes

Appellant filed a notice of appeal from a judgment entered by the 361st District

Court on October 18, 2019.[1] Appellant has filed an unopposed motion to dismiss the

appeal on grounds that he no longer wishes to pursue this appeal.

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to an Order from the Supreme Court of Texas dated December 20, 2019, Misc. Docket No. 19-9120. *See* TEX. GOVT' CODE ANN. § 73.00

The Court, having considered the documents on file and appellant's unopposed motion to withdraw the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and his appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GREGORY T. PERKES<br>
Justice

Delivered and filed the
12th day of March, 2020.